United States District Court
Southern District of New York

---

Ukrinterenergo,

            Plaintiff,

-against-

Anex International Trading LLC,

            Defendant.

---

AFFIDAVIT OF SERVICE
Case No: CV-07-Civ- 8815
Honorable Paul A. Crotty

State of New York )
                    ss:
County of Albany )

Mary M. Bonville, being duly sworn, deposes and says:

Deponent is over the age of eighteen years and is a resident of New York State and is not a party to this action. That on November 30, 2007 at approximately 2:35 p.m. deponent served the following specific papers pursuant to Section 303 of the Limited Liability Company Law; Summons in a Civil Action, First Amended Complaint with Exhibits, Individual Practices of Magistrate Judge Michael H. Dolinger dated July 15, 1998, Individual Practices of Judge Paul A. Crotty, U.S.D.J., Third Amended Instructions for Filing an Electronic Case or Appeal dated June 7, 2004, Procedures for Electronic Case Filing dated March 6, 2003; that the company served was Anex International Trading LLC, a domestic limited liability company, the defendant in this action, by personally serving two copies of the aforesaid papers at the office of the Department of State located in the City of Albany, New York by delivering to and leaving the papers with Carol Vogt, a white female with brown hair, being approximately 36-50 years of age; height of 5'0"-5'3", weight of 100-130 lbs., being an authorized person in the Corporation Division of the Department of State and empowered to receive such service. That at the time of making such service deponent paid to the Secretary of State the fee prescribed by Law in the amount of $40.00.

                                                          Mary M. Bonville

Sworn to before me this 30TH day of November, 2007

Ruth A. Dennehey
Notary Public – State of New York
Qualified in Albany County
Registration No. 4729775
Commission Expires: 11-30-2010