AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN DISTRICT | DISTRICT OF | NEW YORK |

UKRINTERENERGO,

      Plaintiff,

    v.

ANEX INTERNATIONAL TRADING, LLC,

      Defendant.

**APPEARANCE**

Case Number: NO.: 07-CIV-8815

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for *Plaintiff, UKRINTERENERGO.*

I certify that I am admitted to practice in this court.

| 2/11/2008 | *Ulyana Bardyn* |
|---|---|
| Date | Signature |

| | |
|---|---|
| Ulyana Bardyn | 4307633 |
| Print Name | Bar Number |

Brown Rudnick Berlack Israels, LLP Seven Times Square
Address

| New York | NY | 10036 |
|---|---|---|
| City | State | Zip Code |

| (212) 209-4917 | (212) 938-2823 |
|---|---|
| Phone Number | Fax Number |