UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UKRINTERENERGO,                         )
                                        )
                    *Plaintiff,*        )   **DEFAULT JUDGMENT**
                                        )
          v.                            )   NO.: 07-CIV-8815
                                        )
                                        )   HONORABLE
ANEX INTERNATIONAL TRADING, LLC,        )   PAUL A. CROTTY
                                        )
                    *Defendant.*        )
-----------------------------------------------------------x

      This action having been commenced by Plaintiff Ukrinterenergo on October 12, 2007 by the filing of the Summons and Complaint; Plaintiff having amended the Complaint as a matter or right and filed its First Amended Complaint on November 2, 2007; a copy of the Summons and the First Amended Complaint having been served on Defendant pursuant to Section 303 of the Limited Liability Company Law on November 30, 2007 by personal service effectuated upon Carol Vogt, an officer at the New York State Department of State, Division of Corporations; and Defendant not having answered or otherwise responded to the First Amended Complaint; and the time for answering the First Amended Complaint having expired, it is

      ORDERED, ADJUDGED AND DECREED:  That the plaintiff have judgment against defendant in the amount of $227,883.34.

Dated:  New York, New York
      _____

                                                 _____
                                                          U.S.D.J.

                                   This document was entered on the docket on _____.

8176094